AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA
David Cahill

APPEARANCE

CASE NUMBER: 1:08-MJ 68M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DAVID Cahill

I certify that I am admitted to practice in this court.

4/24/08
*Date*

[signature]
*Signature*

MARK DANA 4150
*Print Name* *Bar Number*

536 Atwells Ave
*Address*

Prov RI 02909
*City* *State* *Zip Code*

401 454-1212
*Phone Number* *Fax Number*

This form was electronically produced by John Bichells and Richard Jones using Omniform Internet Publisher.