RECEIVED
U.S. MARSHALS SERVICE
APR 22 2008

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND
District of Rhode Island

UNITED STATES OF AMERICA

V.

DAVID R. CAHILL

## WARRANT FOR ARREST

CASE NUMBER: 1:08-MJ-68M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DAVID R. CAHILL
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Bank Robbery and Robbery Affecting Interstate Commerce

in violation of Title 18 United States Code, Section(s) 2113(a) and 1951(a)

DAVID L. MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L. Martin
Signature of Issuing Officer

4-22-08 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Residence in Mendon, MA by FBI | | |
| DATE RECEIVED 04/22/08 | NAME AND TITLE OF ARRESTING OFFICER ~~C. Wyant~~ ~~SDUSM~~ Tamara Hartz FBI | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 04/24/08 | | |

This form was electronically produced by Elite Federal Forms, Inc.