N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR.No. CR 08 54 ML
v. ) In violation of 18 U.S.C.
) § 2113(a)and 18 U.S.C. § 1951(a)
)
DAVID R. CAHILL )

FILED
JUN 18 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INDICTMENT**

**COUNT I**

The Grand Jury charges that:

On or about May 29, 2007 in the District of Rhode Island, the defendant DAVID R. CAHILL, by intimidation, did intentionally take from the person and presence of another money, namely approximately $7,538 (seven thousand five hundred thirty-eight dollars), belonging to and in the care, custody, control, management, and possession of Bank of America, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

**COUNT II**

The Grand Jury charges that:

On or about June 7, 2007 in the District of Rhode Island, the defendant DAVID R. CAHILL, by intimidation, did intentionally take from the person and presence of another money, namely approximately $2,361 (two thousand three hundred sixty-one dollars), belonging to and in the care, custody, control, management, and possession of Bank of America, a bank whose deposits were then insured by the Federal Deposit Insurance

Corporation.

In violation of 18 U.S.C. § 2113(a).

**COUNT III**

The Grand Jury charges that:

On or about June 16, 2007, in the District of Rhode Island, the defendant DAVID R. CAHILL, did knowingly, intentionally, and without authority take from the person or presence of another, by intimidation, a material or compound containing a quantity of oxycodone, a Schedule II controlled substance, in the care, custody, control, and possession of Brooks Pharmacy at 1665 Mineral Spring Avenue, North Providence, Rhode Island which was then registered with the Drug Enforcement Administration under Section 302 of the Controlled Substances Act (21 U.S.C. § 822), the replacement cost of the oxycodone to the registrant being not less than five hundred dollars ($500.00).

All in violation of 18 U.S.C. § 2118(a).

**COUNT IV**

The Grand Jury charges that:

On or about June 22, 2007, in the District of Rhode Island, the defendant DAVID R. CAHILL, did knowingly, intentionally, and without authority take from the person or presence of another, by intimidation, a material or compound containing a quantity of oxycodone, a Schedule II controlled substance, in the care, custody, control, and possession of CVS Pharmacy at 1450 Park

Avenue, Woonsocket, Rhode Island which was then registered with the Drug Enforcement Administration under Section 302 of the Controlled Substances Act (21 U.S.C. § 822), the replacement cost of the oxycodone to the registrant being not less than five hundred dollars ($500.00).

All in violation of 18 U.S.C. § 2118(a).

**COUNT V**

The Grand Jury charges that:

On or about December 12, 2007, in the District of Rhode Island, the defendant DAVID R. CAHILL, did knowingly, intentionally, and without authority take from the person or presence of another, by intimidation, a material or compound containing a quantity of oxycodone, a Schedule II controlled substance, in the care, custody, control, and possession of CVS Pharmacy at 1450 Park Avenue, Woonsocket, Rhode Island which was then registered with the Drug Enforcement Administration under Section 302 of the Controlled Substances Act (21 U.S.C. § 822), the replacement cost of the oxycodone to the registrant being not less than five hundred dollars ($500.00).

All in violation of 18 U.S.C. § 2118(a).

**COUNT VI**

On or about January 6, 2008, in the District of Rhode Island, the defendant DAVID R. CAHILL, did knowingly, intentionally, and without authority take from the person or

presence of another, by intimidation, a material or compound containing a quantity of oxycodone, a Schedule II controlled substance, in the care, custody, control, and possession of CVS Pharmacy at 681 Reservoir Avenue, Cranston, Rhode Island which was then registered with the Drug Enforcement Administration under Section 302 of the Controlled Substance Act (21 U.S.C. § 822), the replacement cost of the oxycodone to the registrant being not less than five hundred dollars ($500.00).

In violation of 18 U.S.C. § 2118(a).

**COUNT VII**

On or about February 12, 2008, in the District of Rhode Island, the defendant DAVID R. CAHILL, did knowingly, intentionally, and without authority take from the person or presence of another, by intimidation, a material or compound containing a quantity of oxycodone, a Schedule II controlled substance, in the care, custody, control, and possession of CVS Pharmacy at 681 Reservoir Avenue, Cranston, Rhode Island which was then registered with the Drug Enforcement Administration under Section 302 of the Controlled Substance Act (21 U.S.C. § 822), the replacement cost of the oxycodone to the registrant being not less than five hundred dollars ($500.00).

In violation of 18 U.S.C. § 2118(a).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

Date: 6/18/08

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief, Criminal Division