UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO. CR 08-54ML |
| | ) | |
| DAVID CAHILL | ) | |

***DEFENDANT'S NOTICE OF INTENT TO PLEAD GUILTY***

The Defendant, David Cahill, through counsel hereby notifies this Honorable Court that it is his intent to enter a plea of guilty to the indictment in this matter. Pursuant to the Court's order, counsel has notified the clerk's office by phone on August 20, 2008.

Respectfully submitted,
DAVID CAHILL, Defendant
By his counsel:

/s/ Mark Dana, Esquire
MARK DANA, ESQ. #4150
536Atwells Avenue
Providence, RI 02909
(401) 454-1212 Tel
(401) 490-4809 Fax
Email mwd@dblawri.com

**CERTIFICATION**

I hereby certify that on this 20th day of August 2008, a true copy of the within Notice was filed electronically, and is available for viewing and downloading from the ECF system, and copies were sent to all counsel of records via regular mail.

ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Department of Justice
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Mark Dana_____________